1  Trey Dayes (AZ Bar No. 020805)
2  PHILLIPS DAYES LAW GROUP PC
   3101 North Central Avenue, Suite 1500
3  Phoenix, Arizona 85012
   *Attorneys for Plaintiffs*
4

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Darin Cross, a single man; Fernando Rapp, a married man; Luis Rosales, a single man; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Superior Home Maintenance, L.L.C., an Arizona limited liability company; Sweet Enterprises, Inc., an Arizona Corporation; Michael R. Forest and Jane Doe Forest, husband and wife; Charles Sweet and Lorrie Sweet, husband and wife,<br><br>Defendants. | Case No. 2:13-cv-00470-HRH<br><br>**NOTICE OF SETTLEMENT AND STIPULATED MOTION TO DISMISS SUPERIOR HOME MAINTENANCE AND MICHAEL FOREST** |

Plaintiffs and Defendants Superior Home Maintenance, LLC, and Michael Forest, by and through their undersigned counsel, respectfully submit that they have resolved their dispute.

Accordingly the parties hereby stipulate and move the Court to dismiss Superior Home Maintenance, LLC, and Michael Forest from this lawsuit, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with each party to bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 15th day of August, 2013.

*s/ Trey Dayes (with permission)*
Trey Dayes
PHILLIPS DAYES LAW GROUP PC
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
*Attorneys for Plaintiffs*


*s/ Eugene M. Kadish (with permission)*
EUGENE M. KADISH, LTD.
LAW OFFICES
1701 S. Mill Ave., Ste. 102
Tempe, Arizona 85281
Office:  (480) 967-2688
FAX:    (480) 967-2725
*Attorneys for Defendants Superior Home Maintenance, LLC, and Michael Forest*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2013, I electronically transmitted attached document to the Clerk's Office using the CM/ECF System for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

D. Lewis Clark Jr. (Arizona Bar No. 025968)
Laura Lawless Robertson (Arizona Bar No. 023951)
SQUIRE SANDERS (US) LLP
One East Washington St., Suite 2700
Phoenix, Arizona 85004
(602) 528-4000
*Attorneys for Defendants Sweet Enterprises, Inc., Charles Sweet, and Lorrie Sweet*

s/ *Nasser Abujbarah*
Paralegal to Trey Dayes