IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DARIN CROSS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SUPERIOR HOME MAINTENANCE, L.L.C., ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. 2:13-cv-0470-HRH |

O R D E R

Settlement Approved; Case Dismissed

Plaintiffs and defendants Sweet Enterprises, Inc., Charles Sweet, and Lorrie Sweet (the "Sweet defendants") jointly move for approval of their settlement agreement and release of claims and for dismissal of this case with prejudice.[1] The moving defendants are all of the remaining defendants in this case. As a practical matter, the case is in essentially the same posture as when the court approved an earlier motion to approve settlement as between plaintiffs and defendants Superior Home Maintenance, L.L.C., and Michael Forest.[2] The court therefore again finds that the instant settlement is fair and equitable as an early settlement of disputed claims.

The motion for approval of settlement agreement is granted. This case is dismissed as to all claims and all parties with prejudice, each party to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this  4th  day of November, 2013.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 36.

[2] Docket No. 34.